**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

James Frebes, et al.
                                  Plaintiff,

v.                                                Case No.: 1:13–cv–03473
                                                      Honorable Marvin E. Aspen

Mask Restaurants, LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 30, 2014:

        MINUTE entry before the Honorable Marvin E. Aspen: Motion hearing held. Plaintiffs' motion for Preliminary Approval of Class Action Settlement and Approval of Collective Action Settlement [98] is granted. Final fairness hearing set for 1/15/15 at 10:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.